EMMANUEL C. AKUDINOBI
State Bar No. 188903
CHIJIOKE O. IKONTE
State Bar No. 206203
3540 Wilshire Boulevard, Suite 850
Los Angeles, California 90010
Telephone: (213) 387-0869

Attorneys for Plaintiff
Fredrick Anyanwu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK ANYANWU,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON,<br>OFFICER BROWN,<br>OFFICER JOHNSON,<br>OFFICER DRAKE, AND<br>DOES 1-10, INCLUSIVE<br><br>             Defendants. | CASE NO. 2:10-cv-00062-<br>             KJM-DAD<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER**<br>**[Fed. R. Civ. P. 41(a)(1)]** |

     Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to the above-entitled action, through designated counsel, stipulate to dismiss the entire action with prejudice against all parties, each side to bear their own costs.

Dated: February __, 2011          LAW OFFICES OF AKUDINOBI & IKONTE

                                  BY/s/ *Chijioke O. Ikonte*
                                     EMMANUEL C. AKUDINOBI
                                     CHIJIOKE O. IKONTE

                                     Attorneys for Plaintiff
                                     FREDRICK ANYANWU

///

///

1

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Dated: February    , 2011          JOHN M. LUEBBERKE
                                   CITY ATTORNEY


                                   BY/s/ *Lori M. Asuncion*
                                     LORI M. ASUNCION
                                     DEPUTY CITY ATTORNEY

                                   Attorneys for Defendants
                                   CITY OF STOCKTON, OFFICER BROWN,
                                   OFFICER JOHNSON, and OFFICER DRAKE

**ORDER**

   IT IS HEREBY ORDERED that the within matter be dismissed with prejudice, each side to bear their own costs.

Dated: February 22, 2011

                                   _____
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE